# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| ANA BELLA SANCHEZ-RIOS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:23-cv-00481-LCB-NAD |
| ) | |
| KIMBERLY NEELY, Warden, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

The magistrate judge entered a report and recommendation on December 5, 2023, recommending that this petition for habeas corpus relief, filed pursuant to 28 U.S.C. § 2241, be denied and dismissed with prejudice. (Doc. 11). Although the parties were advised of their rights to file objections to the report and recommendation, no objections have received by the court and the time limitation for filing has expired.

After a *de novo* consideration of the entire file in this action, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. The court finds that the petition for writ of habeas corpus is due to be **DENIED** and **DISMISSED WITH PREJUDICE**.

A separate order will be entered.

**DONE** and **ORDERED** January 5, 2024.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE